USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
ENRIQUE CRUZ,

                Plaintiff,

    -against-

MARY ANN GANTER,

                Defendant.
------------------------------- x

ORDER
06 cv 6712 (GBD)

GEORGE B. DANIELS, District Judge:

    The parties have notified the Court that the case has been settled. Accordingly, the Clerk of the Court is directed to close this case.

Dated: New York, New York
       September 25, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge